**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JULIE W. PARRIS,

                Plaintiff,                20 **CIVIL** 7001 (MKV) (SN)

      -v-                         **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 26, 2021, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand the case will be assigned to a different Administrative Law Judge that the one who previously decided plaintiff's case.

**Dated:**  New York, New York
           August 26, 2021

                                                  **RUBY J. KRAJICK**
                                                    Clerk of Court
                                    BY:
                                                       Deputy Clerk